UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN PATRICK VOLTAIRE, )<br> )<br>    Petitioner )<br> )<br>       v. )<br> )<br>BRUCE CHADBOURNE, )<br> )<br>    Respondent ) | Civil Action No.<br>04cv11601-NG |

## MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for mootness.

         Respectfully submitted,

         MICHAEL J. SULLIVAN
         United States Attorney

     By: s/Frank Crowley
         FRANK CROWLEY
         Special Assistant U.S. Attorney
         Department of Homeland Security
         P.O. Box 8728
         J.F.K. Station
         Boston, MA 02114
         (617) 565-2415

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on September 20, 2004.

<pre>
                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
</pre>