ATTACHMENT A



U.S. Department of Homeland Security
Immigration & Customs Enforcement
Detention & Removal Operations
New England Field Division

---

JFK Federal Building
Government Center
Boston, MA 02203
September 13, 2004

VOLTAIRE, Jean A 27031520
C/O WYATT

## Release Notification

Upon review of your case, Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not effect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond which you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, a ICE officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations who may be willing to assist you upon release.

It is particularly important that you keep the ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to the ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____  9/13/04
Bruce E. Chadbourne, Field Office Director          Date

Decision of Post Order Custody Review – Release
Page 2
VOLTAIRE, Jean A 27031520

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I __G. G. MENCIO__, __ASPO__
    Name of ICE Officer    Title

certify that I served __J. VOLTAIRE__ with a copy of
    Name of detainee

this document at __ICE, Moloro__ on __09/13/04__ at __7700__.
    Institution    Date    Time

(b) I certify that I served the custodian _____
    Name of Official

_____, at _____, on _____
Title    Institution

_____ with a copy of this document.
Date

OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
Name of ICE Officer    Title

that I served _____ and the custodian _____
Name of detainee    Name of Official

with a copy of this document by certified mail at _____ on _____
Institution    Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

(Page 2 of 2)    (10/02)

Immigration & Customs Enforcement

**Order of Supervision**

File No: _____

**VOLTAIRE, Jean A 27031520**           Date: 09-13-04

Name: _____

on __12-02-03__, you were ordered:
   (Date of final order)

- Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
- X Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[x] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[x] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[x] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[x] That you do not travel outside __NEW ENGLAND FIELD OFFICE__ for more than 48 hours without first
            (Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

[x] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[X] That you report in person on the __1ST BUSINESS DAY OF EVERY MONTH @ 09:00 AM__ to this Service office at: __JFK Bldg Government Center, Room 1775, Boston, Ma 02203__ unless you are granted written permission to report on another date.

[x] That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

X  Other: _____

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

(Signature of INS official)

Timothy T. Stevens
(Print name and title of INS official)

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS official serving order)          (Signature of alien)           Date

Form I-220B (Rev. 4/1/97)N