# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                          |                      |
|--------------------------|----------------------|
| **VOLTAIRE**             |                      |
| **Plaintiff**            | **CIVIL ACTION**     |
| **V.**                   | **NO.  04cv11601NG** |
| **CHADBOURNE**           |                      |
| **Defendants**           |                      |

## ORDER OF DISMISSAL

**GERTNER,   D. J.**

In accordance with the Court's allowance of the Respondent's motion to Dismiss on  October 25, 2004 ,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

  10/29/2004                              /s/ Jennifer Filo
**Date**                               **Deputy Clerk**

**(odismendo.wpd - 12/98)**                    **[odism.]**